**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

GOF FINANCE-C, LLC,                          Case No. 25-cv-13749-tll
                                             Hon. Thomas L. Ludington
        Plaintiff

v.                                           Magistrate Judge: Patricia T. Morris

BECKER-PRESSENTE, LLC, ET AL.,

        Defendants
_____/

### SUPPLEMENTAL BRIEF RE: PLAINTIFF'S MOTION TO REMAND

The Plaintiff submits this Supplemental Brief in response to this Court's Opinion and Order Granting in Part Motion to Remand, filed at ECF No. 6. In that Opinion and Order, this Court ordered the Plaintiff to submit proof substantiating its request for attorney's fees and expenses. See ECF No. 6, p 7.

Through this Supplemental Brief, the Plaintiff submits its invoices related to the drafting and filing of its Motion for Remand. See Invoices, Exhibit A. The time entries related to the preparation of the Motion for Remand are contained in the invoices and left unredacted for this Court's review. The remaining, unrelated time records are redacted.

{01172269.1}

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court award the Plaintiff the $3,718.00 in attorneys' fees requested in the Plaintiff's Motion for Remand.

Respectfully submitted,

SCHAFER AND WEINER, PLLC

/s/ Joseph K. Grekin
JOSEPH K. GREKIN (P52165)
Attorney for Plaintiff
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
jgrekin@schaferandweiner.com

Dated: May 29, 2026

{01172269.1}

# EXHIBIT A

{00717536.1}

Schafer and Weiner, PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340

Invoice submitted to:
GOF FINANCE-C, LLC

c/o Ryan Hemmerle
150 E. Fourth St.
Cincinnati, OH 45202

January 13, 2026                                    DUE UPON RECEIPT

Invoice #62579

Professional Services



GOF FINANCE-C, LLC

Page   2



|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| ██████ ████████████ | ██ | ██ |  |
| █ ████████████ | ██ |  |
| █ ████████████ | ██ |  |
| ████ ██████████ | ██ |  |
| 11/28/2025 JG   Find and review notice of removal, draft correspondence to Jason re ██████ | 0.50 490.00/hr |  |

For professional services rendered ████████

Additional Charges :

11/7/2025 $Copies (.20)
MOTION TO COMPEL

11/10/2025 $Filing Fee
File Motion to Compel with Saginaw Circuit Court

$Postage
Serve Motion to Compel, Notice of Hearing and POS on David Stockman, and provide reply envelope to court for time-stamped copy return

$FederalExpress

Total costs

Total amount of this bill

Previous balance

Balance due

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GREKIN |  | ████ | ██████ |

Schafer and Weiner, PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340

Invoice submitted to:
GOF FINANCE-C, LLC

c/o Ryan Hemmerle
150 E. Fourth St.
Cincinnati, OH 45202

January 27, 2026                                              DUE UPON RECEIPT

Invoice #62737

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉ | ▉▉ | |
| JG | Research re removal statute, review of file re merit of substantive issue raised in removal, strategize re timing of remand motion | 1.50 490.00/hr | |
| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | |
| JG | Draft motion for remand | 1.30 490.00/hr | |
| JJS | Strategize with JJS and JGK re: removal of judgment and related issues | 0.40 475.00/hr | NO CHARGE |
| HB | Strategize re ▉▉▉▉ and review audio of bankruptcy hearing and date of dismissal | 1.20 490.00/hr | |
| 12/2/2025 JG | Draft motion for remand, research re various issues re same | 1.50 490.00/hr | |
| ▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ ▉▉ | |
| ▉▉▉▉ | ▉▉▉▉▉▉▉ | ▉▉ ▉▉ | |
| ▉▉▉▉ | ▉▉▉▉▉▉▉ | ▉▉ | |

GOF FINANCE-C, LLC

|  | | Page | 2 |
|---|---|---|---|
|  | | Hrs/Rate | Amount |



| 12/8/2025 JG | Attention to exhibits to motion for remand | 0.20<br>490.00/hr | |

| 12/9/2025 JG | Add required preliminary sections to brief | 0.20<br>490.00/hr | |

| JG | Review documents sent by counsel for different stockman creditor, revise motion for remand re same, request for fees and costs, finish brief | 1.30<br>490.00/hr | |

GOF FINANCE-C, LLC

Page     3

| | | Hrs/Rate | Amount |
|---|---|---|---|



GOF FINANCE-C, LLC

Page      4

Hrs/Rate      Amount



For professional services rendered

Additional Charges :

12/8/2025   $Copies (.20)
            exhibit - deed

            $Copies (.20)
            Exhibit - deed

            $Copies (.20)
            Exhibit - Deed

            $Copies (.20)
            exhibits to motio for remand

12/17/2025  $Postage
            Service of Motion to Remand upon David Stockman

            $Copies (.20)
            Motion to Remand

            $Copies (.20)
            Exhibit to motion to remand

            $Copies (.20)
            exhibit to motion to remand

GOF FINANCE-C, LLC

Page   5



|  |  | Amount |
|---|---|---|
| 12/17/2025 | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| | $Copies (.20)<br>exhibit to motion to remand | |
| 12/29/2025 | $Postage<br>Serve Answer to Complaint and Affirmative Defenses w/POS on David Stockman via first class mail | |
| 12/31/2025 | $Research<br>Lexis Nexis | |
| | Total costs | |
| | Total amount of this bill | |
| | Previous balance | |
| | Balance due | |

GOF FINANCE-C, LLC

Page    6

## User Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| AUBREY CARR | | | |
| BRANDI BLASSES | | | |
| BRANDI BLASSES | | | |
| HOWARD BORIN | | | |
| HOWARD BORIN | | | |
| JOHN J. STOCKDALE, JR. | | | |
| JOSEPH GREKIN | | | |
| JOSEPH GREKIN | | | |

