UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GOF FINANCE-C, LLC,

                Plaintiff,                          Case Number 25-13749

v.                                          Honorable David M. Lawson

BECKER-PRESSENTE, LLC;
DAVID STOCKMAN,

                Defendants.

_____/

## <u>ORDER STRIKING JOINT MOTION</u>

On June 1, 2026, defendant David Stockman filed a document combining a motion for clarification of party status and correction of case caption, a motion to intervene, a motion for leave to respond to motion for remand, a motion to strike, a motion for reconsideration, a motion to stay and remand, and a motion for protective order, with a notice of an appeal. The submission of that document was improper because such motions should never be filed as a combined filing with a notice of appeal. E.D. Mich. LR 5(f) ("Motions must not be combined with any other stand-alone document."). Documents filed in violation of this procedure will be stricken pursuant to LR 5(f).

Accordingly, it is **ORDERED** that the combined document (ECF No. 8) is **STRICKEN**.

                                    s/David M. Lawson
                                    DAVID M. LAWSON
                                    United States District Judge

Date:  June 9, 2026