# EXHIBIT A

{00717536.1}

**ELECTRONICALLY FILED**
**COURT OF COMMON PLEAS**
**Tuesday, December 10, 2024 2:34:47 PM**
**CASE NUMBER: 2024 CV 06137 Docket ID: 852265111**
**Mike Foley**
**CLERK OF COURTS MONTGOMERY COUNTY OHIO**

**IN THE COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **GOF FINANCE-C, LLC** | : | **CASE NO.:** _____ |
| | : | |
| **Plaintiff,** | : | **JUDGE:**_____ |
| **v.** | : | |
| | : | **JUDGMENT ENTRY AS TO:** |
| **BECKER-PRESSENTE, LLC, et al.** | : | |
| | : | 1. **BECKER-PRESSENTE, LLC; AND** |
| **Defendants.** | : | |
| | : | |
| | : | 2. **SAGINAW MTA DEVELOPMENT COMPANIES, LLC** |
| | : | |
| | : | 3. **MICHIGAN HEALTH CLINICS, P.C.** |
| | : | |
| | : | 4. **DAVID STOCKMAN** |

This matter is before the Court upon the Cognovit Note Complaint (the "Complaint") of Plaintiff GOF Finance-C, LLC ("Plaintiff"), and the Answer to Cognovit Note Complaint on behalf of Becker-Pressente, LLC ("Becker-Pressente"), Saginaw MTA Development Companies, LLC ("Saginaw MTA"), Michigan Health Clinics, P.C. ("Michigan Health"), as well as the Personal Guaranty (the "Guaranty"), executed by David Stockman ("Stockman")(collectively "Defendants"), on a warrant of attorney pursuant to R.C. 2323.13.

The Court finds that Defendants' attorney is duly licensed in the State of Ohio, and by virtue of the warrants of attorney contained in the Cognovit Balloon Promissory Note and Cognovit Guaranty in the original the principal amount of One Million Seven-Hundred Sixty-Four Dollars and 00/100 ($1,764,000.00) plus interest thereon, at the rate specified in the Cognovit Note, and Cognovit Guaranty which are attached as <u>Exhibit "A"</u>, and <u>Exhibit "B"</u> respectively to the Plaintiff's Complaint and are incorporated herein by reference, having been duly executed by Defendants, said attorney did enter an appearance for and on behalf of the Defendants, waived the issuance of service of process in this action, and confessed judgment on the Cognovit Promissory Note and the Cognovit Guaranty in favor of the Plaintiff and against Defendants.

The Court further finds that it has personal jurisdiction over Defendants and jurisdiction over the subject matter herein, and that Defendant's attorney has waived all errors, rights of appeal, and stay of execution in this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff GOF Finance-C, LLC is hereby granted judgment against the Defendants, Becker-Pressente, LLC, Saginaw MTA Development Companies, LLC, Michigan Health Clinics, P.C., as well as David Stockman, jointly and severally, as follows:**

1.     In the principal amount of One Million Seven-Hundred Sixty-Four Dollars and 00/100 ($1,764,000.00), together with unpaid monthly interest installments in the amount of $295,600, plus late charges for the months of July 1, 2024 through November 1, 2024 in the amount of $500.00, plus servicing fees of $3,675, plus reasonable attorney fees, costs, and other sums as provided in the Cognovit Note, as of the 1st day of each month following November 1, 2024.  As well as Default interest at the rate of thirty-six (36) percent per annum, which shall continue to accrue until the loan is paid in full;

2.     Any and all other charges as specifically set forth in the Cognovit Note, and which are associated with the collection of the Judgment, including those associated with the domestication of a Judgment in any foreign Jurisdiction, and specifically that GOF Finance-C, LLC shall be granted a supplemental award of reasonable attorney fees in the Court in which post-judgment collection proceedings have been undertaken, upon GOF Finance-C, LLC filing a Motion and Affidavit of Attorney fees with that Court.;  and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants shall each immediately be notified by the Clerk of Courts of the within Judgment by personal service or registered or certified mail at the address shown on the Complaint.

**IT IS SO ORDERED.**

_____
JUDGE

**NOTICE. This is a final appealable order.**
**The Clerk is directed to serve upon all parties notice**
**of this Judgment Entry and its date of entry upon the**
**journal in accordance with Civ.R. 5(B), in the manner**
**provided in Civ.R. 58(B).**

Prepared by:

/s/ Ryan F. Hemmerle
Ryan F. Hemmerle (0079721)
Strauss Troy Co., LPA
150 East Fourth Street, 4th Floor
Cincinnati, Ohio 45202-4018
Telephone No.:  (513) 621-2120
Facsimile No.:  (513) 241-8259
Email: rfhemmerle@strausstroy.com
*Attorney for Plaintiff, GOF Finance-C, LLC*

16848455.1



General Divison
Montgomery County Common Pleas Court
41 N. Perry Street, Dayton, Ohio 45422

**Case Number:**

2024 CV 06137

**Case Title:**

GOF FINANCE-C LLC vs BECKER-PRESSENTE LLC

**Type:**

Final Judgment Entry

So Ordered,

Electronically signed by jacksonang on 12/10/2024 02:34:57 PM Page 3 of 3