# EXHIBIT B

{00717536.1}

| STATE OF MICHIGAN JUDICIAL DISTRICT 10th JUDICIAL CIRCUIT | AFFIDAVIT AND NOTICE OF ENTRY OF FOREIGN JUDGMENT | CASE NO. and JUDGE 25-000212-CZ |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 111 S Michigan Ave, Saginaw, MI 48602 | (989) 790-5470 |

| Judgment creditor's name, address, and telephone no. | | Judgment debtor's name, address, and telephone no. |
|---|---|---|
| GOF FINANCE-C, LLC 120 W. 2nd Street, Ste. 1406 Dayton, Ohio 45402 | v | BECKER-PRESSENTE, LLC, et al. 5775 McCarty Rd. Saginaw, MI 48603 |
| Judgment creditor's attorney, bar no., address, and telephone no. Brandi M. Blasses (P83872) SCHAFER & WEINER PLLC 40950 Woodward Ave., Ste. 100, Bloomfield Hills, MI 48304 | | Judgment debtor's attorney, bar no., address, and telephone no. |

CIRCUIT COURT RECORDS OFFICE
SAGINAW, MICHIGAN
FILED

FEB 04 2025

**AFFIDAVIT**

VANESSA GUERRA
SAGINAW COUNTY CLERK

I am the judgment creditor of the attached authenticated foreign judgment, which is being filed so that it may be enforced and satisfied in this state. The addresses above are the last-known addresses of the judgment creditor and the judgment debtor.

| Name of state where foreign judgment was issued | Name of court that issued foreign judgment | Case number | Amount of judgment* |
|---|---|---|---|
| Ohio | Ct of Common Pleas Montgomery Cty | 2024 CV 06137 | $1,768,175 |
| Date of judgment 12/10/24 | | | |

*The amount of judgment does not include interest.

Judgment creditor/Attorney signature

Subscribed and sworn to before me on _____ 2/3/25 _____
                                        Date

My commission expires on _____ Aug 16/2027 _____

Deputy clerk/Notary public signature

Name (type or print) Esteban Lopez

Notary public, State of ~~Michigan~~ Ohio, County of Butler _____ ☐ Acting in the County of _____
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Approved, SCAO
Form MC 62, Rev. 3/08
MCL 691.1171 et seq.
Page 1 of 2

Distribute form to:
Court
Judgment debtor
Judgment creditor
Return

SRA

Esteban Lopez
Notary Public
State of Ohio
My Commission Expires
August 16, 2027

Affidavit and Notice of Entry of Foreign Judgment   (3/08)
Page 2 of 2

Case No. 25-000212-CZ

## NOTICE OF ENTRY

The authenticated foreign judgment is accepted for filing. Enforcement may begin 21 days after the date notice of the filing of the foreign judgment is mailed.

This document must be sealed
by the seal of the court.

_Leslie Williams_
Court clerk signature and date

## CERTIFICATE OF MAILING

I served a copy of this affidavit and notice on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3). I declare under the penalties of perjury that this certificate of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

2/10/2025
Date

_Pamela Jozwiak_
Signature

COURT OF COMMON PLEAS
Tuesday, December 10, 2024 2:34:47 PM
CASE NUMBER: 2024 CV 06137 Docket ID: 852265111
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

**IN THE COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**
**CIVIL DIVISION**

| | |
|---|---|
| **GOF FINANCE-C, LLC** : | **CASE NO.:** _____ |
| : | |
| **Plaintiff,** : | **JUDGE:** _____ |
| **v.** : | |
| : | **JUDGMENT ENTRY AS TO:** |
| **BECKER-PRESSENTE, LLC, et al.** : | |
| : | 1. **BECKER-PRESSENTE,** |
| **Defendants.** : | **LLC; AND** |
| : | |
| : | 2. **SAGINAW MTA** |
| : | **DEVELOPMENT** |
| : | **COMPANIES, LLC** |
| : | |
| : | 3. **MICHIGAN HEALTH** |
| : | **CLINICS, P.C.** |
| : | |
| : | 4. **DAVID STOCKMAN** |

This matter is before the Court upon the Cognovit Note Complaint (the "Complaint") of Plaintiff GOF Finance-C, LLC ("Plaintiff"), and the Answer to Cognovit Note Complaint on behalf of Becker-Pressente, LLC ("Becker-Pressente"), Saginaw MTA Development Companies, LLC ("Saginaw MTA"), Michigan Health Clinics, P.C. ("Michigan Health"), as well as the Personal Guaranty (the "Guaranty"), executed by David Stockman ("Stockman")(collectively "Defendants"), on a warrant of attorney pursuant to R.C. 2323.13.

The Court finds that Defendants' attorney is duly licensed in the State of Ohio, and by virtue of the warrants of attorney contained in the Cognovit Balloon Promissory Note and Cognovit Guaranty in the original the principal amount of One Million Seven-Hundred Sixty-Four Dollars and 00/100 ($1,764,000.00) plus interest thereon, at the rate specified in the Cognovit Note, and Cognovit Guaranty which are attached as Exhibit "A", and Exhibit "B" respectively to the Plaintiff's Complaint and are incorporated herein by reference, having been duly executed by Defendants, said attorney did enter an appearance for and on behalf of the Defendants, waived the issuance of service of process in this action, and confessed judgment on the Cognovit Promissory Note and the Cognovit Guaranty in favor of the Plaintiff and against Defendants.

The Court further finds that it has personal jurisdiction over Defendants and jurisdiction over the subject matter herein, and that Defendant's attorney has waived all errors, rights of appeal, and stay of execution in this action.

16848455.1

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff GOF Finance-C, LLC is hereby granted judgment against the Defendants, Becker-Pressente, LLC, Saginaw MTA Development Companies, LLC, Michigan Health Clinics, P.C., as well as David Stockman, jointly and severally, as follows:

1. In the principal amount of One Million Seven-Hundred Sixty-Four Dollars and 00/100 ($1,764,000.00), together with unpaid monthly interest installments in the amount of $295,600, plus late charges for the months of July 1, 2024 through November 1, 2024 in the amount of $500.00, plus servicing fees of $3,675, plus reasonable attorney fees, costs, and other sums as provided in the Cognovit Note, as of the 1st day of each month following November 1, 2024. As well as Default interest at the rate of thirty-six (36) percent per annum, which shall continue to accrue until the loan is paid in full;

2. Any and all other charges as specifically set forth in the Cognovit Note, and which are associated with the collection of the Judgment, including those associated with the domestication of a Judgment in any foreign jurisdiction, and specifically that GOF Finance-C, LLC shall be granted a supplemental award of reasonable attorney fees in the Court in which post-judgment collection proceedings have been undertaken, upon GOF Finance-C, LLC filing a Motion and Affidavit of Attorney fees with that Court.; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall each immediately be notified by the Clerk of Courts of the within Judgment by personal service or registered or certified mail at the address shown on the Complaint.

**IT IS SO ORDERED.**

_____
JUDGE

**NOTICE. This is a final appealable order.**
**The Clerk is directed to serve upon all parties notice**
**of this Judgment Entry and its date of entry upon the**
**journal in accordance with Civ.R. 5(B), in the manner**
**provided in Civ.R. 58(B).**

Prepared by:

/s/ Ryan F. Hemmerle
Ryan F. Hemmerle (0079721)
Strauss Troy Co., LPA
150 East Fourth Street, 4th Floor
Cincinnati, Ohio 45202-4018
Telephone No.: (513) 621-2120
Facsimile No.: (513) 241-8259
Email: rfhemmerle@strausstroy.com
*Attorney for Plaintiff, GOF Finance-C, LLC*

16848455.1



General Divison
Montgomery County Common Pleas Court
41 N. Perry Street, Dayton, Ohio 45422

**Case Number:**
2024 CV 06137

**Type:**

**Case Title:**
GOF FINANCE-C LLC vs BECKER-PRESSENTE LLC

Final Judgment Entry

So Ordered,

Electronically signed by jacksonang on 12/10/2024 02:34:57 PM Page 3 of 3

I hereby certify this to be a true and
correct copy.
Witness my hand and seal this 3rd
day of JANUARY 20 25

Clerk of Common Pleas
Court of Montgomery County, Ohio
By P. Dagains
                                    Deputy