# EXHIBIT C

{00717536.1}

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

GOF FINANCE-C, LLC,

          Plaintiff

v.

BECKER-PRESSENTE, LLC, ET AL.,

          Defendants

_____/

Case No. 25-cv-13749-tll
Hon. Thomas L. Ludington

Magistrate Judge: Patricia T. Morris

## **CERTIFICATE OF SERVICE**

I certify that on December 17, 2025, I filed:

> ➢ Plaintiff's Motion to Remand with Brief in Support and Exhibits <u>ECF No. 4</u>; and

a copy of same was served upon the parties listed below by email through the Court's ECF Filing system:

Joseph K. Grekin    jgrekin@schaferandweiner.com;
                      pjozwiak@schaferandweiner.com

I further certify I served a copy of same upon the parties listed below by email and mailing it through the U.S. Postal Service to the addresses indicated.

David Stockman
3871 Fortune Blvd.
Saginaw, MI 48603
**dstockma4@icloud.com**

*(Signature on Next Page)*

{01148797.1}               1

Respectfully submitted,

SCHAFER AND WEINER, PLLC

By:  /s/ Janice M. Burns
    Legal assistant to:
    JOSEPH K. GREKIN (P52165)
    Attorney for Plaintiff
    40950 Woodward Ave., Suite 100
    Bloomfield Hills, MI 48304
    (248) 540-3340
    jgrekin@schaferandweiner.com

Dated: December 17, 2025