**NOT RECOMMENDED FOR PUBLICATION**

No. 26-1553

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Jul 22, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| GOF FINANCE-C, LLC,<br><br>　　Plaintiff-Appellee,<br><br>v.<br><br>BECKER-PRESSENTE, LLC,<br><br>　　Defendant,<br><br>and<br><br>DAVID A. STOCKMAN, on behalf of Becker-Pressente, LLC,<br><br>　　Defendant-Appellant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN |

O R D E R

Before:  MOORE, GIBBONS, and HERMANDORFER, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

In February 2025, GOF Finance-C, LLC, filed a collection action in Michigan state court against David Stockman and Becker-Pressente, LLC.  On November 24, 2025, the defendants filed a notice to remove the case to the United States District Court for the Eastern District of Michigan. GOF filed a motion to remand, asserting the removal was untimely and requesting fees for having to challenge the improper removal.  On May 26, 2026, the district court determined that a remand and an award of fees was warranted.  Because GOF had not provided documentation of its fee request, however, the district court delayed remand and retained the case to allow GOF to supplement the record.  Stockman filed a notice of appeal from the May 26, 2026, order.

No. 26-1553
- 2 -

We have jurisdiction to review final orders of the district court under 28 U.S.C. § 1291. The district court's May 26, 2026, order is not final because the district court has not yet determined the issue of fees or entered an order actually remanding the case. Moreover, 28 U.S.C. § 1447(d) limits our appellate jurisdiction over remand orders, providing that "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d). And although the statute contemplates two exceptions, neither is applicable here.

The appeal is therefore **DISMISSED** for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/22/2026.

**Case Name:** GOF Finance-C, LLC v. Becker-Pressente, LLC, et al
**Case Number:** 26-1553

**Docket Text:**
ORDER filed: It is ordered that the appeal is DISMISSED, for lack of jurisdiction. No mandate to issue, decision not for publication. Karen Nelson Moore, Circuit Judge; Julia Smith Gibbons, Circuit Judge and Whitney D. Hermandorfer, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. David A. Stockman
3871 Fortune Boulevard
Saginaw, MI 48603

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Joseph K. Grekin